UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Bradley Drown,

               Defendant.

7:22-MJ-1817(MRG)

**JUDGMENT**

---

The issues in the above-entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on February 24, 2022, accepted the Defendant's plea of guilty to the charge of Driving While Ability Impaired, in violation of the provisions of New York Vehicle and Traffic Law § 1192.1, in full satisfaction of the Misdemeanor Complaint filed on February 24, 2022, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Bradley Drown is sentenced to:

(1) Ninety (90) days suspension of New York State driving privileges, effective March 16, 2022; and

(2) A Conditional Discharge for one (1) year, the conditions of which are:

    (a) continued drug/mental health counseling with monthly progress reports,

    (b) no new arrests/violation of local, state, or federal laws, and

    (c) attendance at a session of the Victim Impact Panel on March 17, 2022, and

(3) A fine in the amount of $300.00 with time to pay White Plains by March 30, 2022, or appear on March 31, 2022, at 9:00 AM to explain why the fine has not been paid.

Dated: Sept 6, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge