UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

UNITED STATES OF AMERICA,

                                                                                      7: 22-MJ-1817(KPB)

                -v-

**ORDER**

Bradley Drown

                     Defendant.

———————————————————————x

KIM P. BERG, United States Magistrate Judge:

      Whereas, on or about February 22, 2022, Defendant having plead guilty to a violation of NY Vehicle and Traffic Law section 1192.1; and

      Whereas, Defendant was sentenced to pay a fine of $300.00 and, *inter alia*, attend one Victim Impact Panel; and

      The Court having confirmed that Defendant has satisfied the terms of the sentence imposed, this case is closed.

Dated: White Plains, New York
       October 31, 2022

                                              SO ORDERED

                                              *Kim Berg*

                                              HON. KIM P. BERG
                                              UNITED STATES MAGISTRATE JUDGE